# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **HERMAN ROBINSON III,**<br><br>**Plaintiff,**<br><br>v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC.** *et al.*,<br><br>**Defendants.** | **Civil Action No. 4:21-cv-12558**<br><br>**Hon. Matthew F. Leitman**<br>**Hon. Curtis Ivy, Jr.** |

## ORDER OF DISMISSAL WITH PREJUDICE

Upon the Stipulation of Dismissal With Prejudice submitted to the Court on June 8, 2022, by Plaintiff Herman Robinson III and Defendant LexisNexis Risk Solutions Inc., IT IS HEREBY ORDERED that the above-captioned case is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 14, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 14, 2022, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
